UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

DUSHANNE ASHLEY,

                                           Plaintiff,

            -against-

DET. MIKE CIVIL

                                          Defendants.

-------------------------------------------------------------------------x

**NOTICE OF MOTION FOR MOTIONS *IN LIMINE***

14-CV-5559 (NGG) (SMG)

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motions *In Limine* dated March 18, 2019; the Declaration of Assistant Corporation Counsel Bilal Haider dated March 18, 2019, and the exhibit annexed thereto; and all prior pleadings and proceedings had herein, defendant will move this Court, before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting defendant's motions *in limine*, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served and filed on or before March 25, 2019.

Dated: New York, New York
March 18, 2019

                                    ZACHARY W. CARTER
                                    Corporation Counsel of the
                                    City of New York
                                    *Attorney for Defendant Mike Civil*
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-3549

                By:        /s/
                                    Bilal Haider
                                    *Senior Counsel*
                                    Special Federal Litigation Division

cc:    VIA ECF and E-Mail
       David Zelman
       *Attorney for Plaintiff*