UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

DUSHANNE ASHLEY,

                              Plaintiff,                              **NOTICE OF MOTION**


                -against-

THE CITY OF NEW YORK, DETECTIVE                 14-cv-05559-NGG-MDG
JASON JONES, shield # 6490, DETECTIVE
MIKE CIVIL, shield # 2114 SERGEANT LUKE
DENESOPOLIS, shield #392, POLICE OFFICERS
JANE/JOHN DOE(S) #'S 1-10,
                              Defendants.
_____X

   PLEASE TAKE NOTICE, that upon the annexed Memorandum of law and declaration

both dated  June 28, 2019 and the exhibits referred to therein; and upon all prior pleadings and

proceedings had herein, Plaintiff DUSHANNE ASHLEY  will  move this Court at a time

convenient for the Court, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New

York 11201 for  an Order setting aside the verdict in this matter, for a directed verdict as against

defendant DETECTIVE MIKE CIVIL and for a new trial on the issue of damages and for such

other and further relief as this court deems just and proper.

   Dated:  Brooklyn, New York
           June 28, 2018


                                                   /S
                                                   _____
                                                   David A. Zelman, Esq.
                                                   Law Office of David A. Zelman
                                                   709 Eastern Parkway
                                                   Brooklyn, New York 11213
                                                   (718)604-3072

To:    (Via ECF)
        Elissa Fudim, Esq.
        New York City Law Department
        100 Church Street. Room 3-217
        New York, NY 10007