```
*******************************TUE. 2013/03/26*****************************
INCIDENT RECORD I BKN   10   070I     T96F      1205   D19         T05973
10-69N1   DEFER INFO                     P4        HOSP|RMVD
ROUTING: D B                          CCD         UF61          CC
125 E 18 ST
TENNIS CT - ALBEMARLE RD

DUPLICATE JOB NUMBER    NONE
02 T96F   1205 @DBLTNEXT*DRUGS SALES IN APT 5I PERP MB TALL MUSCLAR DK SKINN
               ED BALD HEAD--OPER 2392
05 T96F   1207 @B*MC CHARLES PATRICK STS MLE LIVES IN HIS APT AND REFUSE TO
               MOVE OUT--MC THAN STS HES NOT AT LOCATION--NFI--CALL FROM 311
                OPER C3820---OPER 2392 ANI-ALI-2123357600 NYC MAYOR S OFFICE
                59 MAIDEN LN FLR 14 RM 14A MANHATTAN COS:PBXB LAT:LON:OPER M
               CDONALD, CHARMAINE-C-MTCCP096
05 T96F   1207 @D*
0B D19C   1207 @*
0A D19C   1207 @DEF*
05 B11C   1255 @*REFER OCCB SPCT HANSLEY
0B B11C   1255 @B*
```

DEF000314