UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DUSHANNE ASHLEY,

                                                         Plaintiff,

        -against-

DET. MIKE CIVIL,

                                                         Defendant.

---------------------------------------------------------------------x

**NOTICE OF MOTION TO RESOLVE SUPPLEMENTAL ISSUES *IN LIMINE***

14-CV-5559 (MMH)

       **PLEASE TAKE NOTICE** that upon the Declaration of Brian Francolla dated July 14, 2023, together with the exhibits annexed thereto, the accompanying Memorandum of Law, and all pleadings and proceedings previously had herein, defendant Detective Civil will move this Court for additional relief *in limine* and for such other and further relief as the Court may deem just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order, dated April 21, 2023, and plaintiff's opposition brief shall be served by July 21, 2023..

Dated:     New York, New York
           July 14, 2023

                             HON. SYLVIA O. HINDS-RADIX
                             Corporation Counsel of the
                             City of New York
                             *Attorney for Defendant Mike Civil*
                             100 Church Street
                             New York, New York 10007
                             (212) 356-3527

                  By:       /s/
                             Brian Francolla
                             *Senior Counsel*
                             Special Federal Litigation Division

cc:     All Counsel of Record (by ECF)