UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DUSHANNE ASHLEY,

                              Plaintiff,

         -against-

DET. MIKE CIVIL,

                              Defendant.

------------------------------------------------------------------------ x

**DECLARATION OF BRIAN FRANCOLLA**

14-CV-5559 (MMH)

      **BRIAN FRANCOLLA**, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1. I am a Senior Counsel in the office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant Detective Civil. As such, I am familiar with the facts and circumstances of this action. I make this declaration in further support of defendant's supplemental motions *in limine*. In support of his motion, defendant submits the exhibits described below.

      2. Annexed hereto as Exhibit "A" is a copy of Plaintiff's P3.

      3. Annexed hereto as Exhibit "B" is a copy of Relevant Portions of the Original Trial Record.

      4. Annexed hereto as Exhibit "C" is a copy of Plaintiff's P7.

- 2 -

5. Annexed hereto as Exhibit "D" is a copy of Plaintiff's P8.

Dated:  New York, New York
        July 14, 2023

                HON. SYLVIA O. HINDS-RADIX
                Corporation Counsel of the
                City of New York
                *Attorney for Defendant Mike Civil*
                100 Church Street
                New York, New York 10007
                (212) 356-3527

By:       /s/
                Brian Francolla
                *Senior Counsel*
                Special Federal Litigation Division

cc:   All Counsel of Record (by ECF)