

OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY
RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

CHARLES J. HYNES
District Attorney

## Complaint Room Screening Sheet

Screener: Dena-Kay Martin  Bureau: Trial Bureau 4 - Green  Narcotics: [N]
Screening date: November 04, 2013
180.80 Date:
GJ Date:   GJ Time:

### Defendants

| Name - Last, First | Arrest Number | Sex | DOB | Age | Complaint/DP | Class | |
|---|---|---|---|---|---|---|---|
| ASHLEY, DUSHANNE | K13635272 | M | | 041 | 1 | Misdemeanor | NON Grand Jury |
| Gang member ☐ | | | | | | | |
| | | M | | | 1 | Misdemeanor | NON Grand Jury |
| Gang member ☐ | | | | | | | |

### TPOs

| | Date/Time | Place | PCT | Near School (if narcotics sale) |
|---|---|---|---|---|
| 1 | 04/19/13 06:05 to: | 125 EAST 18TH ST, APT 5I | 070 | ☐ |

### Arrests

Defendant: ASHLEY, DUSHANNE
Date/Time: 04/19/13 06:05
Place: 125 EAST 18 STREET
Circumstances:
Arrest Charges: PL 2200300 PL 2205002 PL 2205003 PL 2210500 PL 2211002 PL 2211500

Date/Time: 04/19/13 06:05
Place: 125 EAST 18 STREET
Circumstances:
Arrest Charges: PL 2200300 PL 2205002 PL 2205003 PL 2210500 PL 2211002 PL 2211500

### Complaint Charges

| | | | |
|---|---|---|---|
| ASHLEY, DUSHANNE | TPO 1 | PL 221.05, PL 221.10(2), PL 221.15 | |
| | TPO 1 | PL 221.05, PL 221.10(2), PL 221.15 | |

**2 DEFTS // SEARCH WARRANT // DEFTS POSSESS MARIJUANA // HEROIN, CRACK COCAINE, DRUG PARAPHERNALIA ALSO RECOVERED FROM LOCATION**

LOCATION: A KNOWN DRUG LOCATION. THIS IS THE THIRD SEARCH WARRANT EXECUTED AT THIS LOCATION SINCE LATE '12.

AT TPO, A/D WENT TO THE LOCATION TO EXECUTE A SEARCH WARRANT FOR THE LOCATION AND FOR THE PERSON OF APPREHENDED OTHER ▓▓▓▓▓▓▓▓▓▓ (▓▓▓▓▓▓ ARREST IS BEING HANDLED BY THE MANHATTAN DA.)

A/D ENTERED THE LOCATION, OBSERVED DEFTS AND APP OTHER IN THE APARTMENT. A/O PLACED DEFTS AND APP OTHER UNDER ARREST.

IN THE ROOM WHERE DEFTS WERE LOCATED, A/D RECOVERED A BAG CONTAINING 18 SMALLER ZIPLOCK BAGGIES CONTAINING APPROXIMATELY 2 OUNCES OF MARIJUANA FROM THE FLOOR. A/D ALSO RECOVERED EMPTY ZIPLOCK BAGGIES USED TO PACKAGE MARIJUANA AND OTHER SUBSTANCES, AND SCALES IN A HALLWAY OF THE LOCATION.

A/D RECOVERED 1 ZIPLOCK BAG CONTAINING A QUANTITY OF CRACK COCAINE, AND 1 ZIPLOCK CONTAINING A QUANTITY OF HEROIN IN A SEPARATE BEDROOM.

DEFT ▓▓▓▓▓ STATED, IN SUM AND SUBSTANCE, I'M VISITING FROM OUT OF TOWN. I DIDN'T HAVE A PLACE TO STAY.

DEFT ASHLEY STATED, IN SUM AND SUBSTANCE, I'M TIRED OF THIS SHIT.

### Statements

Defendant: ▓▓▓▓▓
Date/Time: 4/19/13 6:05
Place: 125 EAST 18TH ST, APT 5I
Statement Made To: MIKE CIVIL, shield:2114, CMD:740
Form of Stmt.: Oral
Circumstances:
After Miranda Rights ☐ Given By:
Substance of Statement:
DEFENDANT STATED, IN SUM AND SUBSTANCE, I'M VISITING FROM OUT OF TOWN, I DIDN'T HAVE A PLACE TO STAY.

Defendant: ASHLEY, DUSHANNE
Date/Time: 4/19/13 6:05
Place: 125 EAST 18TH ST, APT 5I
Statement Made To: MIKE CIVIL, shield:2114, CMD:740
Form of Stmt.: Oral
Circumstances:
After Miranda Rights ☐ Given By:
Substance of Statement:
DEFENDANT STATED, IN SUM AND SUBSTANCE, I'M TIRED OF THIS SHIT.

### Property Recovered

| 1 | Description: 18 ZIPLOCK BAGGIES CONTAINING MARIJUANA | Voucher No: 3000208466 |
|---|---|---|

Recovered From: 125 EAST 18TH ST, APT 5I  By: MIKE CIVIL
Identified By: MIKE CIVIL  To: MIKE CIVIL

est Numbers: K13635272

inted 11/5/2013

DEF000033

**Property Recovered**

[2] Description: ZIPLOCK BAG CONTAINING SMALLER ZIPLOCK BAGGIES  To: MIKE CIVIL  Request: 1  Electronic State  Voucher No: 3000208509
Recovered From: 125 EAST 18TH ST, APT 5I  By: MIKE CIVIL
Identified By:  To:

**Interview**

MIKE CIVIL (Arresting Detective  )          Interview: Telephone

rest Numbers:  K13635272

rinted  11/5/2013

DEF000034