# CRIMINAL COURT OF THE CITY OF NEW YORK
## RECORD OF COURT ACTION

9525I

| Date | HOLD _Dauna advance_ | Present: ☐ Defendant ☐ Attorney | Absent: ☐ Defendant ☐ Attorney | Readiness: ☐ π ready ☐ π not ready |
|---|---|---|---|---|
| Part | | Interpreter | | |
| Judge | [stamp: HON. GERSTEIN BELMAR PART TRIAL-1 JUNE 19 2014] | Reason for Adjournment: ☐ S/D ☐ OFD/Discovery ☐ Possible Disposition ☐ Decision / ☐ Hearing ☐ Bench Trial ☐ Jury Trial ☐ Program | | |
| Reporter | ☐ TOP _PC_ Bail Condition / Judge | 7/15 Trial Part 6 H+T | Notify: ☐ Charged ☐ Excluded | ☐ Defendant ☐ Attorney / ☐ Defendant Excused |

| Date | HOLD _____ | Present: ☐ Defendant ☐ Attorney | Absent: ☐ Defendant ☐ Attorney | Readiness: ☐ π ready ☐ π not ready |
|---|---|---|---|---|
| Part | TNR (ADA) out 3 days | Interpreter | | |
| Judge | [stamp: JUDGE SIMPSON JUL 15 2014 TP 6] | Reason for Adjournment: ☐ S/D ☐ OFD/Discovery ☐ Possible Disposition ☐ Decision / ☐ Hearing ☐ Bench Trial ☐ Jury Trial ☐ Program | | |
| Reporter _Cabate_ | ☐ TOP / Bail Condition / Judge | TP6 7/18/14 For H/T | Notify: ☐ Charged ☐ Excluded | ☐ Defendant ☐ Attorney / ☐ Defendant Excused |

| Date | HOLD _____ | Present: ☐ Defendant ☐ Attorney | Absent: ☐ Defendant ☐ Attorney | Readiness: ☐ π ready ☐ π not ready |
|---|---|---|---|---|
| Part | TNR (ADA unavailable) | Interpreter | | |
| Judge | [stamp: JUDGE SIMPSON JUL 18 2014 TP 6] | Reason for Adjournment: ☐ S/D ☐ OFD/Discovery ☐ Possible Disposition ☐ Decision / ☐ Hearing ☐ Bench Trial ☐ Jury Trial ☐ Program | | |
| Reporter _Cabate_ | ☒ TOP / Bail Condition / Judge | TP6 7/23/14 For T | Notify: ☐ Charged ☐ Excluded | ☐ Defendant ☐ Attorney / ☐ Defendant Excused |

TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: _____ | TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: _____

CRC 3031 (04/2012)

DEF000281

# CRIMINAL COURT OF THE CITY OF NEW YORK
## RECORD OF COURT ACTION

| Date | HOLD | | Present | Absent | Readiness |
|---|---|---|---|---|---|
| JUL 23 2014 | | | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| | | | Interpreter | | |
| Part | CP65I<br>240.20<br>TS<br>MSJE | | **Reason for Adjournment** | | |
| TP 6 | | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program ____ | |
| Judge | | | | | |
| Simpson | ☐ TOP | | | Notify | |
| Reporter | | | ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| Reich | Bail Condition | Judge | ☐ Excluded | ☐ Attorney | |

| Date | HOLD | | Present | Absent | Readiness |
|---|---|---|---|---|---|
| | | | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| | | | Interpreter | | |
| Part | | | **Reason for Adjournment** | | |
| | | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program ____ | |
| Judge | | | | | |
| Reporter | ☐ TOP | | | Notify | |
| | | | ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| | Bail Condition | Judge | ☐ Excluded | ☐ Attorney | |

| Date | HOLD | | Present | Absent | Readiness |
|---|---|---|---|---|---|
| | | | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| | | | Interpreter | | |
| Part | | | **Reason for Adjournment** | | |
| | | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program ____ | |
| Judge | | | | | |
| Reporter | ☐ TOP | | | Notify | |
| | | | ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| | Bail Condition | Judge | ☐ Excluded | ☐ Attorney | |

TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: ____

TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: ____

CRC 3031 (04/2012)

# CRIMINAL COURT OF THE CITY OF NEW YORK
## RECORD OF COURT ACTION

4C Duanoe

**Date:** MAY 0 7 2014
**Part:** TP 6
**Judge:** JUDGE SIMPSON
**Reporter:** Sanchez / Smith

HOLD: D/H V+TS
1 w/n Jason Jones

Present: ☑ Defendant ☑ Attorney

TP 6 5/8/14 Cont. H.

---

**Date:** MAY 0 8 2014
**Part:** TP 6
**Judge:** Simpson
**Reporter:** Sanchez / Smith

HOLD: Hearing decision
* Denied + Suppressed in part.

Denied – statement – spontaneous "what y'all looking for you are not going to find nothing here, this is my room, I don't know what he does next door that's his room."

☐ TOP
Statement – suppressed
– Question asked by Det. — if ∆ lived there
– ∆ responds He lives, B2L

Present: ☑ Defendant ☑ Attorney

TP6 6-25-14 T

---

**Date:**
**Part:**
**Judge:**
**Reporter:**

HOLD: Bench trial
π – StF memo Books
Tact Plan
w/n Jason Jones Det.
wn Shannon Hermensen

Opening
π wn # 1 Jason Jones
# 1 subj. to connect
– Razor + Drugs
∆ A Photo IN
∆ B Photo
∆ C Tact Plan

Present: ☑ Defendant ☐ Attorney
Reason for Adjournment: ☑ S/D

TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL:

# CRIMINAL COURT OF THE CITY OF NEW YORK
## RECORD OF COURT ACTION

### Entry 1

**Date:** [stamp: APR 4 PART DEFENDER MAR 03 2014]
**Part:** AP4
**Judge:** MACKETT
**Reporter:** [illegible]

**HOLD:** ___ Duman

- # N/R
- A LT/S
- P.C.

**Bail Condition:** [signed] Judge

**Present:** ☐ Defendant ☑ Attorney
**Absent:** ☐ Defendant ☐ Attorney
**Readiness:** ☐ π ready ☐ π not ready
**Interpreter:** H/T

**Reason for Adjournment:**
- ☐ S/D ☐ Hearing
- ☐ OFD/Discovery ☐ Bench Trial
- ☐ Possible Disposition ☐ Jury Trial
- ☐ Decision ☐ Program

3/12/14   TP-1 APP4

**Notify:**
- ☐ Charged ☐ Defendant ☐ Defendant Excused
- ☐ Excluded ☐ Attorney

---

### Entry 2

**Date:** [stamp: HON. SCARRINO RPTR. GALLAGHER PART TRIAL-1 MAR. 12, 2014]

**HOLD:** H/JT   5251 LAS

- PEOPLE NOT READY
- *pass
- G/R
- LAS rehrg
- P=] will serve w/in awah
- P=] V+T.S
- D<=] still No Discovery
- P.C.

**Bail Condition:** [signed] Judge

**Present:** ☑ Defendant ☑ Attorney
**Absent:** ☐ Defendant ☐ Attorney
**Readiness:** ☐ π ready ☐ π not ready
**Interpreter:**

**Reason for Adjournment:**
- ☐ S/D ☑ Hearing
- ☐ OFD/Discovery ☐ Bench Trial
- ☐ Possible Disposition ☑ Jury Trial
- ☐ Decision ☐ Program

**TRIAL 1 — 5/7/14**

**Notify:**
- ☐ Charged ☐ Defendant ☐ Defendant Excused
- ☐ Excluded ☐ Attorney

---

### Entry 3

**Date:** [stamp: HODGE RPTR. LAPORTE PART LABATE TRIAL-1 MAY 7, 2014]

**HOLD:** BDS
- N/R
- V+T.S   D-C
- MS/KFD>S
- D-C case re-op'd on ACD b/c std 9/16 since th[en] No Disc. decision sanctions

**Bail Condition:** [signed] Judge

**Present:** ☑ Defendant ☑ Attorney
**Absent:** ☐ Defendant ☐ Attorney
**Readiness:** ☐ π ready ☐ π not ready
**Interpreter:** M/D/H

**Reason for Adjournment:**
- ☐ S/D ☐ Hearing
- ☐ OFD/Discovery ☐ Bench Trial
- ☐ Possible Disposition ☐ Jury Trial
- ☑ Decision ☐ Program

FWD   TP-6

**Notify:**
- ☐ Charged ☐ Defendant ☐ Defendant Excused
- ☐ Excluded ☐ Attorney

---

**TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL:** _____

**TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL:** _____

CRC 3031 (04/2012)

DEF000284

# CRIMINAL COURT OF THE CITY OF NEW YORK
## RECORD OF COURT ACTION

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| | S/W + SW material<br>S/T<br>DBs to be S/T on 11/12/13 | ☑ Defendant<br>☑ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| Part | | **Interpreter** H/T | | |
| | | **Reason for Adjournment** | | |
| Judge | JUDGE PICKETT<br>RPT CENTENO<br>AP-4 OCT 30 2013 | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program | |
| Reporter | ☐ TOP<br>PC<br>Bail Condition / Judge | 11/11/13 | | AP-4 |
| | | **Notify** | | |
| | | ☐ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| | π→R NOT<br>A + Y/S<br>DBs to be S/T o.c. by 12/3/13 | ☑ Defendant<br>☑ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| Part | JUDGE PICKETT<br>RPT INGRAVALLO<br>AP-4 DEC 11 2013 | **Interpreter** H/T | | |
| | | **Reason for Adjournment** | | |
| Judge | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program | |
| Reporter | ☐ TOP<br>PC<br>Bail Condition / Judge | 1/28/14 | | AP-4 |
| | | **Notify** | | |
| | | ☐ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| | No DBs<br>π→R NOT | ☑ Defendant<br>☑ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| Part | HON PICKETT<br>CRT REP DOMINION<br>AP-4 JAN 29 2014 | **Interpreter** H/T | | |
| | | **Reason for Adjournment** | | |
| Judge | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program | |
| Reporter | ☐ TOP<br>PC<br>Bail Condition / Judge | 3/5/14 | | AP-4 |
| | | **Notify** | | |
| | | ☐ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |

| TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: | TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: |
|---|---|
| | |

CRC 3031 (04/2012)

DEF000285

**CRIMINAL COURT OF THE CITY OF NEW YORK**
**RECORD OF COURT ACTION**

| Date | | Present | Absent | Readiness |
|---|---|---|---|---|
| | HOLD: Decision | ☐ Defendant | ☐ Defendant | ☐ π ready |
| Part | | ☐ Attorney | ☐ Attorney | ☐ π not ready |
| | ASO retained on Reo's application | **Interpreter** | | |
| Judge | | **Reason for Adjournment** | | |
| | JUDGE GERSTEIN REPT CENTENO AP-4 MAY 23 2013 ☐ TOP | ☐ S/D | ☐ Hearing | |
| | | ☐ OFD/Discovery | ☐ Bench Trial | |
| | | ☐ Possible Disposition | ☐ Jury Trial | |
| Reporter | | ☐ Decision | ☐ Program ___ | |
| | | 7/16 AP4 JD/CT | | |
| | | **Notify** | | |
| | Bail Condition / Judge | ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| | | ☐ Excluded | ☐ Attorney | |

| Date | | Present | Absent | Readiness |
|---|---|---|---|---|
| | HOLD: ___ | ☐ Defendant | ☐ Defendant | ☐ π ready |
| Part | | ☐ Attorney | ☐ Attorney | ☐ π not ready |
| | JUDGE RODRIGUEZ REPT GILMAN AP-4 JUL 16 2013 | **Interpreter** | | |
| Judge | | **Reason for Adjournment** | | |
| | | ☐ S/D | ☐ Hearing | |
| | | ☐ OFD/Discovery | ☐ Bench Trial | |
| | ☐ TOP | ☐ Possible Disposition | ☐ Jury Trial | |
| Reporter | | ☐ Decision | ☐ Program ___ | |
| | PC | 9-16-13 DBS/serve 4 w/mats | | |
| | | **Notify** | | |
| | Bail Condition / Judge | ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| | | ☐ Excluded | ☐ Attorney | |

| Date | | Present | Absent | Readiness |
|---|---|---|---|---|
| | HOLD: Decision | ☐ Defendant | ☐ Defendant | ☐ π ready |
| Part | | ☐ Attorney | ☐ Attorney | ☐ π not ready |
| AP-4 SEPT 11 | JUDGE GERSTEIN | **Interpreter** | | |
| | NO DBS NO SW matters Reo declined until SOP w/ SW matters | **Reason for Adjournment** | | |
| Judge | | ☐ S/D | ☐ Hearing | |
| | | ☐ OFD/Discovery | ☐ Bench Trial | |
| | | ☐ Possible Disposition | ☐ Jury Trial | |
| | ☐ TOP | ☐ Decision | ☐ Program ___ | |
| Reporter | Motion to ___ denied | SW redactions AP4 10/2 | | |
| | | **Notify** | | |
| | Bail Condition / Judge denied open | ☐ Charged | ☐ Defendant | ☐ Defendant Excused |
| | | ☐ Excluded | ☐ Attorney | |

TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: ___ 
TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: ___

CRC 3031 (04/2012)

DEF000286