UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DUSHANNE ASHLEY,

                                            Plaintiff,

       -against-

DET. MIKE CIVIL,

                                            Defendant.

------------------------------------------------------------------------ x

**DECLARATION OF BRIAN FRANCOLLA**

14-CV-5559 (MMH)

      **BRIAN FRANCOLLA**, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1. I am a Senior Counsel in the office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant Detective Civil. As such, I am familiar with the facts and circumstances of this action. I make this declaration in opposition to plaintiff's supplemental motions *in limine*. In opposition to plaintiff's motion, defendant submits the exhibits described below.

      2. Annexed hereto as Exhibit "A" is a copy of Relevant Portions of the Original Trial Record.

- 2 -

3. Annexed hereto as Exhibit "B" is a copy of Defendant's D2.

Dated: New York, New York
July 21, 2023

                        HON. SYLVIA O. HINDS-RADIX
                        Corporation Counsel of the
                        City of New York
                        *Attorney for Defendant Mike Civil*
                        100 Church Street
                        New York, New York 10007
                        (212) 356-3527

By:      /s/
             Brian Francolla
             *Senior Counsel*
             Special Federal Litigation Division

cc: All Counsel of Record (by ECF)