CITY OF NEW YORK
**POLICE DEPARTMENT**        A  936424

Name  Det Cwil

Tax Reg. No. 935092

Date Opened  8/23/2013      Supervisory Officer  _[signature]_

Date Closed  11/16/13       Supervisory Officer  _[signature]_

PD 112-145 (07-09)

DEF000016a

\* Fri | April 19, 2013 ~ 0427 x 1300
0425 | PED @ NBBS
0445 | TAC @ NBBS w/ Sgt
     | Harrington + Lutenberg
0500 | Assgn A/P R2 S/W @ 125 E - 16 ST
0520 | ERT Pre TAC @ Bldg m STF
0545 | ETA S/W Location w/Bunker Team
0600 | S/W # 418 ahead + R2 125 E-16-5C
     | 3 under in custody
subject | △ Charles, Patrick - 220.31
        | △ Carlos, Jose - 220.03
0605 | △ Durland, Ashley - 220.03
0635 | subject to Key u. Ed # 33
0715 | Apartment secured
0800 | 840 70 Pct w/ arrested persons
1710 | ETA NBBS w/ # 46393 w
1712 | Clay, Bernal, + Jones

6:15 José Carlos " I just stay here at night. Has no where to go".

6:15 Distance (to Patrick) "I'm tired of this shit, I told you don't let strangers into our apartment this happens"

DEF000018a

| Time | Entry |
|---|---|
| 1730 | PJC |
| 1730 | 624 |
| 1900 | Ada Martin KCPD |
| 1930 | ASA Jerry SVC |
| 2040 | cleared by KCPD |
| 2100 | cleared by Sgt |
| 2400 | Sgt ... 2111 |

DEF000019a