COURT EXHIBIT
161
14-CV-5559
8-17-2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DUSHANNE ASHLEY,

                Plaintiff,

   -against-

DETECTIVE MIKE CIVIL, *shield #2114*,

                Defendant.
------------------------------------------------------------ x

VERDICT SHEET

14-CV-5559 (MMH)

**MARCIA M. HENRY**, United States Magistrate Judge:

Members of the jury, please answer the following questions based on the evidence presented at trial.

The parties in this case are—

<u>Plaintiff</u>:    Dushanne Ashley (referred to as "Mr. Ashley"); and

<u>Defendant</u>:    Detective Mike Civil (referred to as "Detective Civil").

To guide you through this Verdict Sheet, the court has provided instructions to you in *italic font*. **You are required to follow these instructions.**

I. **DENIAL OF RIGHT TO A FAIR TRIAL**

1. Has Mr. Ashley proven by a preponderance of the credible evidence that he was denied the right to a fair trial by Detective Civil?

    YES ✓    NO ____

    *If your answer to this question is "YES," please proceed to Section II (Damages).*

    *If your answer to this question is "NO," do not answer any further questions. Your foreperson shall sign and date the Verdict Sheet on the next page and advise the court that a verdict has been reached.*

II. **DAMAGES**

2. Has Mr. Ashley proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of the denial of the right to a fair trial?

    YES ✓    NO ____

    *If your answer to this question is "YES," please proceed to question 3.*

    *If your answer to this question is "NO," please skip ahead to question 4.*

3. What amount of compensatory damages has Mr. Ashley proven he is entitled to by a preponderance of the evidence?

    $ 10,000

    *Please skip ahead to question 5.*

4. What amount of nominal damages, not to exceed one dollar, do you award Mr. Ashley on his denial of the right to a fair trial claim?

    $ _____

    *Please proceed to question 5.*

5. Has Mr. Ashley proven by a preponderance of the credible evidence that Detective Civil acted maliciously or wantonly such that he is entitled to an award of punitive damages?

   YES __✓__    NO_____

*If your answer to this question is "YES," please proceed to question 6.*

*If your answer to this question is "NO," do not answer any further questions. Your foreperson shall sign and date the Verdict Sheet below and advise the court that a verdict has been reached.*

6. What amount of punitive damages do you award Mr. Ashley against Detective Civil?

   $ __2,000__

*You have reached the end of the Verdict Sheet. Please confirm that your answers accurately reflect the jury's unanimous consensus. Your foreperson shall sign and date the Verdict Sheet in the space below. At that point, please advise the court that a verdict has been reached. Please do not reveal any of your decisions until the court asks you to report your verdict.*

Signed: __Michele DeStefano__
                          Foreperson

Dated: __8/17/2023__