# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Dushanne Ashley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  14-cv-05559-MMH |
| Detective Mike Civil | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*  Dushanne Ashley                                              recover from the
defendant *(name)*                          Detective Mike Civil                          the amount of
Twelve Thousand                                          dollars ($  12,000.00  ), which includes prejudgment
interest at the rate of  **\*\*\***  %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*  _____
_____ recover costs from the plaintiff *(name)*  _____
_____ .

☑ other:    See APPENDIX TO JUDGMENT

This action was *(check one)*:

☑ tried by a jury with Judge  Marcia M. Henry, United States Magistrate Judge          presiding, and the jury has
rendered a verdict.

☐ tried by Judge  _____ without a jury and the above decision
was reached.

☐ decided by Judge  _____ on a motion for

Date:  **AUG 1 7 2023**

BRENNA B. MAHONEY
CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

DUSHANNE ASHLEY,

                           Plaintiff,

       -against-

DETECTIVE MIKE CIVIL, shield #2114,

                       Defendant.

------------------------------------------------------------- x

APPENDIX TO JUDGMENT

14-CV-5559 (MMH)

**MARCIA M. HENRY**, United States Magistrate Judge:

Plaintiff Dushanne Ashley shall recover from Defendant Detective Mike Civil the amount of twelve thousand dollars ($12,000), plus post-judgment interest on the entirety of the award of twelve thousand dollars ($12,000) at the rate prescribed in 28 U.S.C. § 1961.

**SO ORDERED.**

Brooklyn, New York
August 17, 2023

                         /s/Marcia M. Henry
                         MARCIA M. HENRY
                         United States Magistrate Judge